1  THOMAS P. O'BRIEN                                              **MADE JS-6**
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS
   California Bar No. 101281
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone:  (213) 894-2569
9       Facsimile:  (213) 894-7177
        E-mail: Victor.Rodgers@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

                            WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 08-05096 GW(CWx) |
|        Plaintiff,        ) | |
|             v.           ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $108,053.60 IN U.S.      ) | |
| CURRENCY,                ) | |
|        Defendant.        ) | |
| SANDRA LUZ FRÍAS VÁZQUEZ,) | |
|        Claimant.         ) | |

     On or about January 5, 2009, plaintiff United States of

America ("the United States of America") filed a First Amended

Complaint for Forfeiture alleging that the defendant $108,053.60 in

U.S. Currency (the "defendant currency") is subject to forfeiture

pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §§ 981(a)(1)(A) & (C).

Claimant Sandra Luz Frías Vázquez ("claimant") has filed a verified claim to $38,000.00 of the defendant currency and answered the First Amended Complaint. No other parties have appeared in this case, and the time for filing claims and answers has expired.

The parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The First Amended Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §§ 981(a)(1)(A) & (C).

3. Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant. The Court deems that all other potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true.

4. The sum of $6,500.00 only (without interest) shall be returned to claimant. The remainder of the defendant currency, plus the interest earned by the United States of America on the defendant currency in its entirety, shall be condemned and forfeited to the United States of America. The United States

Marshals Service is ordered to dispose of the funds forfeited to the United States of America in accordance with law.

5. The funds to be returned to claimant pursuant to paragraph 4 shall be forwarded by check payable to "Law Offices of Oscar A. Acosta, Attorney-Client Trust Account," and shall be mailed to Oscar A. Acosta, Esq., Law Offices of Oscar A. Acosta, 201 South Lake Avenue, Suite 403, Pasadena, California 91101-4809.

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation, Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. Each of the parties hereto shall bear its own attorney fees and costs.

DATED: September 2, 2009

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

```
DATED: August 31, 2009        THOMAS P. O'BRIEN
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              /s/ Victor A. Rodgers
                              VICTOR A. RODGERS
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

DATED: August 28, 2009        LAW OFFICES OF OSCAR A. ACOSTA


                              By /s/ Oscar A. Acosta
                                 Oscar A. Acosta

                              Attorneys for Claimant
                              SANDRA LUZ FRÍAS VÁZQUEZ
```

4